UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 21-CR-988-JLS |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| RICARDO RUMBO-MOJICA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America and defendant RICARDO RUMBO-MOJICA jointly move to continue the Motion Hearing/Trial Setting set for June 25, 2021, at 1:30 p.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the joint motion is granted. The Motion Hearing/Trial Setting shall be continued to August 13, 2021, at 1:30 P.M.

/ / /

1

IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until August 13, 2021 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated: June 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge