UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-CR-988-JLS |
| Plaintiff, | **ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| RICARDO RUMBO-MOJICA, | |
| Defendant. | |

The United States of America and defendant RICARDO RUMBO-MOJICA jointly move to continue the Motion Hearing/Trial Setting set for December 17, 2021, at 1:30 p.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the joint motion is granted. The Motion Hearing/Trial Setting shall be continued to January 28, 2022, at 1:30 P.M.

 1       IT IS FURTHER ORDERED that the period of delay from the
 2  filing of the joint motion until January 28, 2022, shall be
 3  excluded in computing the time within which the trial must
 4  commence under the Speedy Trial Act, 18 U.S.C. § 3161.
 5       IT IS SO ORDERED.
 6  Dated:  December 13, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge